# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0146. LITRINA CHINNESE MOURA v. ADRIANE LAMAR et al.**

We dismissed this application as untimely because it appeared that Litrina Chinnese Moura sought to appeal a trial court order entered approximately five months before the application was filed. On motion for reconsideration, however, Moura shows that the order she wishes to appeal was entered within 30 days of the application. Accordingly, we hereby GRANT the motion for reconsideration and VACATE our previous order dismissing the application, which is hereby REINSTATED.

Upon consideration of the merits of the application for discretionary appeal, we hereby GRANT the application. Moura shall have ten days from the date of this order to file a notice of appeal in the trial court. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*